This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, as TRUSTEE (CWALT 2005-57CB),**

Plaintiff-Appellee,

v.                                            **No. A-1-CA-37450**

**KATHY J. LITTLE a/k/a CASSIE LITTLE and DONALD T. EVANS,**

Defendants-Appellants,

and

**THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, as Successor Trustee to JPMORGAN CHASE BANK, N.A. as Trustee on Behalf of the Certificateholders of the CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-I; and ELDORADO COMMUNITY IMPROVEMENT ASSOCIATION, INC.,**

Defendants.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Raymond Z. Ortiz, District Judge**

Richard S. MacKenzie
Santa Fe, NM

Rose L. Brand & Associates, P.C.
Elizabeth M. Dranttel
Albuquerque, NM

for Appellee

The Law Offices of Erika E. Anderson
Erika Anderson
Albuquerque, NM

for Appellants

## MEMORANDUM OPINION

**VANZI, Chief Judge.**

{1}     Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

{2}     **AFFIRMED.**

{3}     **IT IS SO ORDERED.**

_____
**LINDA M. VANZI, Chief Judge**

2

**WE CONCUR**:

_____
**M. MONICA ZAMORA, Judge**

_____
**HENRY M. BOHNHOFF, Judge**